# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

WILLIAM DAVID VENEY

**WARRANT FOR ARREST**

Case Number: **03 CR 10404 NG**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __William David Veney__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine and Marijuana

in violation of Title _____ United States Code, Section(s) __846__.

_Catherine M. Gawlik_
Name of Issuing Officer

_Supervisor_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

Boston, MA; October 27, 2004
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ WARRANT EXECUTED BY USMS Orlando, FL BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/3/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |