```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                      )
UNITED STATES OF AMERICA              )
                                      )
v.                                    )  CRIMINAL NO. 03-010404-003-NG
                                      )
WILLIAM DAVID VENEY                   )
          Defendant                   )
_____
```

### MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, William David Veney, moves that his Conditions of Release be modified to permit him to post $50,000 cash with the court to satisfy the secured financial condition of his release in lieu of the currently filed $50,000 bond secured by the property located at 299 Chandler Street, Unit C, Cape Canaveral, Fl 32920.  The Defendant further moves that the bond secured by the above-referenced real estate be discharged at the time the funds are deposited with the court.  In support of this Motion, the defendant states that he is attempting to sell the Chandler Street property to avoid his losing the property through a foreclosure proceeding that has been filed against him, to wit: <u>Bank of New York, as Trustee v. William D. Veney, et al.</u>, Docket No. 05-2005CA020195X filed in the Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida, General Jurisdiction Division.  A copy of the Civil Action Summons served upon the Defendant and the first page of a Notice of Lis Pendens

filed in the Florida civil action are attached hereto.

                                  WILLIAM DAVID VENEY
                                  By his attorney,

                                  /s/ Steven A. Sussman

                                  Steven A. Sussman
                                  B.B.O. #488800
                                  6 Beacon Street Suite 400
                                  Boston MA 02108
                                  Tel: 617-973-4800

Dated:   September 9, 2005

This space is for recording purposes only

IN THE CIRCUIT COURT OF THE 18TH JUDICIAL
CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO:

05-2005CA020195Y XX-XX

BANK OF NEW YORK AS TRUSTEE FOR
CERTIFICATE HOLDERS OF ASSET-
BACKED CERTIFICATES, SERIES 2003-2.
   PLAINTIFF
VS.

WILLIAM D. VENEY, IF LIVING, AND IF
DEAD, THE UNKNOWN SPOUSE, HEIRS,
DEVISEES, GRANTEES, ASSIGNEES,
LIENORS, CREDITORS, TRUSTEES AND
ALL OTHER PARTIES CLAIMING AN
INTEREST BY, THROUGH, UNDER OR
AGAINST WILLIAM D. VENEY; UNKNOWN
SPOUSE OF WILLIAM D. VENEY, IF ANY;
CLERK OF COURT, UNITED STATE
DISTRICT COURT, MIDDLE DISTRICT,
FLORIDA; JOHN DOE AND JANE DOE AS
UNKNOWN TENANTS IN POSSESSION
   DEFENDANT(S)

## NOTICE OF LIS PENDENS

1. TO: The above named Defendants, AND ALL OTHERS WHOM IT MAY CONCERN:

2. YOU ARE NOTIFIED of the institution of this action by the Plaintiff against you seeking to foreclose the Note and Mortgage encumbering the described property and the decreeing of a sale of the property under the direction of the court in default of the payment of the amount found to be due the Plaintiff under the Note and Mortgage, and for other, further and general relief set forth in the Complaint.

F:\GROUPS\FCDOCS\COMPLAIN\05\05-44755.CMP

IN THE CIRCUIT COURT OF THE 18TH JUDICIAL
CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO:

05-20_ _CA_ _015_X   XXX-XX

BANK OF NEW YORK AS TRUSTEE FOR
CERTIFICATE HOLDERS OF ASSET-
BACKED CERTIFICATES, SERIES 2003-2.

PLAINTIFF

VS.

WILLIAM D. VENEY, ET AL.

DEFENDANT(S)

CIVIL ACTION SUMMONS

*[signature] 296*
*9/7/05*

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint /amended complaint or petition and Notice required by the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692(g), for verification of debt in this action on defendant(s):

WILLIAM D. VENEY
299 CHANDLERS ST., UNIT C
CAPE CANAVERAL, FL 32920

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book)

    If you choose to file a written response yourself, at the same time you file your written response to the court, you must also mail or take a carbon copy or photocopy of your written response to the "plaintiff's attorney" listed below:

LAW OFFICES OF DAVID J. STERN, P.A.
801 S. UNIVERSITY DRIVE SUITE 500
PLANTATION, FL 33324
TELEPHONE: (954) 233-8000

CLERK OF THE CIRCUIT COURT

DATED: SEP - 1 2005

BY: _____ NANCY CABANISS
DEPUTY CLERK OF COURT

05-44755(CWF)

F:\GROUPS\FCDOCS\COMPLAIN\05\05-44755.CMP

SEP-09-2005 12:19 PM G.O. SIGNS    321 784 5441    P.01