UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Criminal No. 03-10404-NG** |
| | ) |
| **MICHAEL GRIFFIN** | ) |
| et al. | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to Fort Dix FCI, in Fort Dix, New Jersey, for the purpose of securing **FRANK FISTER** to testify in the trial before United States District Court Judge Nancy Gertner in the above-captioned case on December 4, 2006 at 9 a.m., and thereafter. In support of this petition, the government states that:

1. That **FRANK FISTER, no. 24896-038**, is presently confined at Fort Dix FCI and will be so confined on December 4, 2006.

2. That **FRANK FISTER** has been called to be a witness in the trial in the above-captioned case.

3. That **FRANK FISTER** is due to appear before United States District Court Judge for this purpose on December 4, 2006 at 9:00 a.m. and thereafter.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at Fort Dix FCI, and to any other person having custody and control of **FRANK FISTER**, commanding them to produce **FRANK FISTER** before United States District Court Judge Nancy

Gertner at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on December 4, 2006 at 9 a.m.

                                                                  Respectfully submitted,

                                                                  Michael J. Sullivan
                                                                  United States Attorney

By:

                                                                  /s/ Rachel E. Hershfang
                                                                 Rachel E. Hershfang
                                                                Assistant U.S. Attorney

ALLOWED:

_____
UNITED STATES DISTRICT JUDGE

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HABEAS CORPUS AD TESTIFICANDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

**WARDEN
FORT DIX, FCI
FEDERAL CORRECTIONAL INSTITUTION
5756 HARTFORD & POINTVILE RD
FORT DIX, NJ 08640**

**YOU ARE COMMANDED** to have the body of **FRANK FISTER,** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on December 4, 2006 at 9 a.m. for the purpose of testifying in <u>United States v. Michael Griffin et al.</u>, no 04-10404-NG.

And you are to retain the body of said **FRANK FISTER** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this __ day of _____, 2006.

_____
United States District Judge

                                                TONY ANASTAS
                                              By: _____
                                              Deputy Clerk

Requested by AUSA Rachel E. Hershfang