

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

January 4, 2007

## BY FACSIMILE AND REGULAR MAIL

| | |
|---|---|
| Max Stern, Esq.<br>Stern, Shapiro, Weissberg<br>& Garin, LLP<br>90 Canal Street<br>Boston, MA 02114-2022 | James H. Budreau, Esq.<br>Oteri Weinberg & Lawson, PA<br>20 Park Plaza<br>Boston, MA 02116 |
| Steven A. Sussman, Esq.<br>6 Beacon St., Suite 400<br>Boston, MA 02108 | Mark W. Shea, Esq.<br>47 Third Street<br>Cambridge, MA 02141 |

Re:   United States v. Michael Griffin, et al.
      No. 03-10404-NG

Dear Counsel:

The government hereby demands written notice of any defendant's intention to offer a defense of alibi, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure. The times, dates, and places at which the alleged offenses were committed are set forth in the superseding indictment in this case, a copy of which you have received.

The government expects to introduce evidence that the defendants were involved in the transportation and distribution of narcotics on or around the dates listed below. Unless otherwise noted, the dates correspond to narcotics transportation and distribution between Texas and Boston. (Dates with one asterisk involve transportation and distribution between Boston and Chicago; dates with two asterisks involve transportation and distribution within the Boston area.)

Counsel of Record
January 4, 2007
Page 2

**2000**

January 14-18; February 11-15; March 3-8; March 21-28; March 31 - April 4; April 19-25; May 19-23; June 16-20; July 14-18; September 1-5*; September 15-19; September 29 - October 3; and November 17-21.

**2001**

January 7; January 19-23; February 8-12*; March 9-13; May 18-23; July 2-6*; July 16**; August 17-21; and December 7-11; and December 13-17*.

**2002**

February 15-19; March 1-6; April 9-16; and April 17**.

     This list is for purposes of the government's request pursuant to Rule 12.1 and not for any other purpose. Please contact me should you have any questions.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

           By: *[signature]*
                        NATHANIEL R. MENDELL
                        Assistant U.S. Attorney

cc:     Maryellen Molloy, Clerk to the Honorable Nancy Gertner
         AUSA Rachel E. Hershfang