UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
UNITED STATES OF AMERICA             )
                                     )
v.                                   )   CRIMINAL NO. 03-010404-003-NG
                                     )
WILLIAM DAVID VENEY                  )
          Defendant                  )
_____
```

### MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, William David Veney, moves that his Conditions of Release be modified by reducing the amount of bond from $50,000 cash to $47,000 cash.

In support of this Motion, the defendant states that he is presently unemployed and without funds to support himself during his stay in Boston for the trial of this case. The defendant proposes that the $3,000 be returned to him upon his appearance in Boston for the trial.

The United States does not object to this Motion.

                                    WILLIAM DAVID VENEY
                                    By his attorney,


                                    /s/ Steven A. Sussman

                                    Steven A. Sussman
                                    B.B.O. #488800
                                    6 Beacon Street Suite 400
                                    Boston MA 02108
                                    Tel: 617-973-4800

Dated:    January 21, 2007