IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
                               )
      v.                       )
                               )   No. 03-10404-NG
1. MICHAEL GRIFFIN,            )
2. RONALD CAVALIERE,           )
3. WILLIAM DAVID VENEY, and    )
4. RICHARD COLLADO,            )
                               )
         Defendants.           )


                         **GOVERNMENT'S WITNESS LIST**


     Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Rachel E. Hershfang and Nathaniel R. Mendell, Assistant U.S. Attorneys, and submits its witness list for the trial of this action.  The government reserves its right to supplement or modify the list in light of the evidence that is admitted at the trial and with reasonable notice to the defendants.

1.   Special Agent Michael Boyle
     Drug Enforcement Administration
     Worcester, MA

2.   Detective Thomas B. Kennedy
     Alexandria Police Department
     Alexandria, VA

3.   Special Agent Julie Whisenhunt
     Drug Enforcement Administration
     22 Enterprise Parkway Ste 340
     Hampton, VA 23666

4. Intelligence Analyst Leslie Chasse
   Drug Enforcement Administration
   15 New Sudbury Street, Room E-400
   Boston, MA  02203

5. Mary Tiedemann, CPA
   Tiedemann & Company
   1061 Washington Street
   West Newton, MA  02465

6. Earl Ferguson, CPA
   Ferguson & Ferguson
   552 Main Street
   Waltham, MA  02452

7. Thomas Sorrells
   21611 Morning Dove Ct
   Kildeer, IL  60047

8. Shari Sorrells
   21611 Morning Dove Ct
   Kildeer, IL  60047

9. Chemist Elizabeth Patierno (now Pascual)
   Quantico Laboratory
   Quantico, VA

10. Special Agent Christopher Gojcz
    Bureau of Alcohol, Tobacco, Firearms and Explosives

11. Intelligence Analyst Paul LaPointe
    Drug Enforcement Administration
    15 New Sudbury Street, Room E-400
    Boston, MA  02203

12. Trooper Timothy G. Babbin
    Massachusetts State Police
    One Ashburton Place
    Boston, MA  02108

13. Trooper Mike Smith
    Massachusetts State Police
    One Ashburton Place
    Boston, MA  02108

14. Cooperating Witness #1
    c/o Edward J. Lee, Esq.
    65 Franklin Street

```
        Boston, MA 02110

15.    Cooperating Witness #2
       c/o Joseph McCarthy, Esq.
       510 King Street
       Alexandria, VA 22314

16.    Cooperating Witness #3
       c/o Denise Jakabcin Tassi
       221 S Fayette St
       Alexandria, VA 22314

17.    Special Agent Steve Balog
       Drug Enforcement Administration
       Alexandria, Virginia

18.    Robert Jackson
       Drug Enforcement Administration
       Alexandria, Virginia

19.    John Mitchell
       Bobson Realty Trust
       4 Copley Place
       Suite 110
       Boston MA

20.    Special Agent Don Garrett
       Drug Enforcement Administration
       Alexandria, Virginia

21.    Special Agent Eric Ebrus
       Drug Enforcement Administration
       Alexandria, Virginia

22.    Sergeant Kevin Kiley
       Massachusetts State Police
       One Ashburton Place
       Boston, MA  02108
```

                                                Respectfully submitted,
                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                    By:   /s/ Rachel E. Hershfang
                                                Rachel E. Hershfang
                                                Nathaniel R. Mendell
                                                Assistant U.S. Attorneys

Dated: January 22, 2007

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                     /s/ Rachel E. Hershfang
                                     Rachel E. Hershfang