Dated:     January 25, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
UNITED STATES OF AMERICA         )
                                 )
v.                               )   CRIMINAL NO. 03-010404-003-NG
                                 )
WILLIAM DAVID VENEY              )
          Defendant              )
_____
```

DEFENDANT WILLIAM DAVID VENEY'S MOTION TO JOIN

The Defendant William David Veney moves to join the Oppositions filed by counsel for the co-defendants to the United States' Motions in Limine to 1) Admit Testimony about Acts before January 2000; 2) Admit Co-Conspirators' Diaries, Ledger and Calendar; and 3) Admit Evidence of Defendants' Drug Use and Purchases.

```
                              WILLIAM DAVID VENEY
                              By his attorney,

                              /s/ Steven A. Sussman

                              Steven A. Sussman
                              B.B.O. #488800
                              6 Beacon Street Suite 400
                              Boston MA 02108
                              Tel: 617-973-4800
```

Dated:    January 25, 2007

Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2007.