UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA            )
                                   )
v.                                  )   CRIMINAL NO. 03-010404-003-NG
                                   )
WILLIAM DAVID VENEY                 )
          Defendant                 )
_____


### DEFENDANT WILLIAM DAVID VENEY'S WITNESS LIST

The following individual may be called as a witness at trial:

1. Suzanne Dennis, formerly of Florida

Defendant reserves the right to supplement this list depending on the government's evidence at trial and as its theory of prosecution becomes clearer.

                                   WILLIAM DAVID VENEY
                                   By his attorney,


                                   /s/ Steven A. Sussman

                                   Steven A. Sussman
                                   B.B.O. #488800
                                   6 Beacon Street Suite 400
                                   Boston MA 02108
Dated:   January 25, 2007          Tel: 617-973-4800


### Certificate of Service

I hereby certify that this document(s) filed through the EFT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2007.