```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )   CRIMINAL NO. 03-010404-003-NG
                              )
WILLIAM DAVID VENEY           )
          Defendant           )
_____

### DEFENDANT'S MOTION FOR TRANSCRIPT

The defendant, William David Veney, moves that the Court order the preparation of a transcript of the trial testimony of Frank Fister. The defendant further moves that the Court approve the cost of said transcript as a C.J.A. expense. In support of this Motion, counsel states that he believes that the requested transcript is necessary to provide Mr. Veney with an proper defense to the above-captioned indictment.

                                                 WILLIAM DAVID VENEY
                                                 By his attorney,

                                               /s/ Steven A. Sussman

                                               Steven A. Sussman
                                                 B.B.O. # 488800
                                             6 Beacon Street Suite 400
                                             Boston, MA  02108
                                             Tel: 617-973-4800