```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

_____
                                   )
UNITED STATES OF AMERICA           )
                                   )
v.                                 )   CRIMINAL NO. 03-010404-003-NG
                                   )
WILLIAM DAVID VENEY                )
          Defendant                )
_____

## MOTION TO MODIFY CONDITIONS OF RELEASE

   The Defendant, William David Veney, moves that his Conditions of Release be modified by reducing the amount of bond from $47,000 cash to $37,000 cash.

   In support of this Motion, the defendant states that:

1. The reduced bond amount is adequate security for his appearance at the scheduled re-trial;

2. The defendant has relocated to this District pending the resolution of this case; and

3. The defendant is presently unemployed and without sufficient funds to support himself. In addition, the defendant has incurred substantial debt, including child support obligations, since his return to Boston in January 2007 for the trial of this case.

                              WILLIAM DAVID VENEY
                              By his attorney,


                              /s/ Steven A. Sussman

                              Steven A. Sussman
                              B.B.O. #488800
                              6 Beacon Street Suite 400

```
                                        Boston MA 02108
                                        Tel: 617-973-4800

Dated:   May 29, 2007
```