UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA        )
                                        )
v.                              )   CRIMINAL NO. 03-010404-003-NG
                                        )
WILLIAM DAVID VENEY             )
              Defendant         )
_____

MOTION TO INTERIM PAYMENT OF COUNSEL FEES

_____Steven A. Sussman, counsel for the Defendant, William David

Veney, moves for interim payment of his attorney's fees and case

related expenses pending final resolution of the case.  In

support of this motion, counsel states that a mistrial, based on

the jury's inability to reach a unanimous verdict, has delayed

the final resolution of this case.

                          Respectfully submitted
                          By counsel for
                          WILLIAM DAVID VENEY


                          /s/ Steven A. Sussman


                          Steven A. Sussman
                          B.B.O. #488800
                          6 Beacon Street Suite 400
                          Boston MA 02108
                          Tel: 617-973-4800

Dated:    May 29, 2007