UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA           )
                                   )
v.                                 )   CRIMINAL NO. 03-010404-003-NG
                                   )
WILLIAM DAVID VENEY                )
           Defendant               )
_____

MOTION TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL (Assented)

    The Defendant, William David Veney, moves that his Conditions of Release be modified to permit him to travel between Massachusetts and Carmel (Putnam County), New York on June 22 and June 29, 2007.  The purpose of the trips is to enable Mr. Veney to pickup (and return) his daughter, Aislyn Dennis-Veney, for a week's visit with him in the Boston area.

    The United States (AUSA Mendell) has no objection to this Motion.

                                    WILLIAM DAVID VENEY
                                    By his attorney,

                                    /s/ Steven A. Sussman

                                    Steven A. Sussman
                                    B.B.O. #488800
                                    6 Beacon Street Suite 400
                                    Boston MA 02108
                                    Tel: 617-973-4800

Dated:    September 9, 2005