UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                   )
UNITED STATES OF AMERICA           )
                                   )
v.                                 )    CRIMINAL NO. 03-010404-003-NG
                                   )
WILLIAM DAVID VENEY                )
               Defendant           )
_____
```

## MOTION TO MODIFY CONDITIONS OF RELEASE

_____The Defendant, William David Veney, moves that his Conditions of Release be modified by reducing the amount of bond from $37,000 cash to $20,000 cash.

In support of this Motion, the defendant states that:

1.  The reduced bond amount is adequate security for his appearance at the scheduled re-trial;

2.  The defendant has relocated to this District pending the resolution of this case; and

3.  The defendant is presently unemployed and without sufficient funds to support himself. In addition, a September 3, 2007 fire at 2271 Washington Street, Newton Lower Falls, MA damaged the building in which defendant was living, making the building and defendant's apartment uninhabitable, and damaging defendant's personal property.

```
                              WILLIAM DAVID VENEY
                              By his attorney,
                              /s/ Steven A. Sussman
                              Steven A. Sussman
                              B.B.O. #488800
                              6 Beacon Street Suite 400
                              Boston MA 02108
Dated:    September 5, 2007    617-973-4800
```