| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 03-10404-NG |
|---|---|
| DEFENDANT<br>RONALD J. CAVALIERE, et al., | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Heaney & Small LLP IOLTA Check in the amount of $140,000 in lieu of ... Certain real property located at 9 Wildwood Drive, Milford, Massachusetts 01757, said premises being more particularly described in a Deed recorded at the Worcester County Registry of Deeds in Book 15524, Page 145, held in the name of Ronald Cavaliere and Debra Cavaliere

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

---

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Rue, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please dispose of the attached Heaney & Small LLP IOLTA Check No. 8156, made payable to the United States Marshals Service in the amount of $140,000 in accordance with the attached Final Order of Forfeiture and applicable law.
CATS No. 04-DEA-430626                                                                                            LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of:<br>☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>June 4, 2008 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/5/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (If not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>6/5/08 | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: Deposited into the Assed Forfeiture Fund.

PRIOR EDITIONS MAY BE USED                    1. CLERK OF THE COURT                    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT