IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                            )
                            )
                            )
     v.                    )
                            )   No. 03-10404-NG
1. MICHAEL GRIFFIN,        )
3. WILLIAM DAVID VENEY, and   )
4. RICHARD COLLADO,        )
                            )
       Defendants.       )

**JOINT MOTION TO CONTINUE TRIAL AND FOR EXCLUDABLE
DELAY FROM OCTOBER 6, 2008, TO NOVEMBER 3, 2008**

The parties in this action, by their undersigned counsel, hereby respectfully ask that the Court continue the trial in this matter to November 3, 2008, and exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. §3161(b)) the period beginning on October 6, 2008 and continuing through November 3, 2008.  In support, the parties say as follows:

1.   The trial will proceed most efficiently for the Court, the defendants, and the jury if it is presented without significant interruption.

2.   The calendars of the parties and the Court will allow the trial to proceed without significant interruption if the trial begins on November 3, 2008, but not if it begins on October 6, 2008, as presently scheduled.

3.   The defendants will not be prejudiced by the resulting delay.

Accordingly, the parties respectfully request that the Court continue the trial of the captioned matter to November 3, 2008, and exclude the time from October 6, 2008, through November 2, 2008.


Respectfully submitted,

MICHAEL J. SULLIVAN                    MICHAEL GRIFFIN
United States Attorney                 Defendant

By:/s/ Nathaniel R. Mendell           By: /s/ Stephen J. Weymouth
NATHANIEL R. MENDELL                   STEPHEN J. WEYMOUTH, ESQ.
WILLIAM J. TRACH                       65A Atlantic Avenue
Assistant U.S. Attorney                Boston, MA 02110
United States Courthouse               (617) 573-9598
1 Courthouse Way
Suite 9200                             DAVID VENEY
Boston, MA 02210                       Defendant
(617) 748-3304                         By: /s/ Steven A. Sussman
                                       STEVEN A. SUSSMAN, ESQ.
                                       6 Beacon St., Suite 400
                                       Boston, MA 02108
                                       (617) 973-4800

                                       RICHARD COLLADO
                                       Defendant
                                       By: /s/ James H. Budreau
                                       JAMES H. BUDREAU, ESQ.
                                       20 Park Plaza, Suite 1405
                                       Boston, MA 02116
                                       (617) 227-3700

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                         /s/ Nathaniel R. Mendell
                         NATHANIEL R. MENDELL
                         Assistant United States Attorney

                         Date: September 5, 2008

2